Commonwealth *v.* Baker, Appellant.

Submitted November 9, 1970. *H. David Rothman,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* As-

sistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.